AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| --- | --- |
| v. | (For a Petty Offense) — Short Form |
| CODY R. MARTIN | Case No. 4:14CR00030-BD |
| | USM No. |
| | Nicole Lybrand, Asst. Federal Public Defender |
| | Defendant's Attorney |

FILED
U.S DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 3 1 2014
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**THE DEFENDANT:**

☐ THE DEFENDANT pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 36 CFR §261.15(g) | Use of Vehicle Offroad with Disregard for Safety | 06/28/2013 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
| --- | --- | --- |
| **Total:** | $ 10.00 | $ 400.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 1727

Defendant's Year of Birth: 1986

City and State of Defendant's Residence:
North Little Rock, Arkansas

03/31/2014
Date of Imposition of Judgment

_/s/ Beth Deere_
Signature of Judge

Beth Deere, U. S. Magistrate Judge
Name and Title of Judge

03/31/2014
Date